UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 26-25 (LMP/DLM)

---

United States of America,

Plaintiff,

v.

Jerome Deangelo Richardson (5),

Defendant.

**MOTION TO SUPPRESS EVIDENCE OBTAINED BY SEARCH AND SEIZURE (PHONE TRACKING WARRANTS)**

---

Defendant Jerome Deangelo Richardson, by and through his undersigned counsel, hereby moves the Court for an order suppressing all evidence obtained from his cellular device, together with any and all derivative evidence, on the grounds that such tracking violated the Fourth Amendment to the United States Constitution.

The government obtained at least three warrants to electronically track a device it believed to be Mr. Richardson's phone, for the purpose of locating and arresting him. These were:

- a January 30, 2026 District of Minnesota warrant to Track Mr. Richardson's phone, signed by Magistrate Judge Dulce J. Foster at about 12:43pm;
- a January 30, 2026 District of Minnesota warrant to use a Cell Site Simulator to locate Mr. Richardson's phone, signed by Magistrate Judge Dulce J. Foster at about 12:51pm; and
- a January 31, 2026 Eastern District of Pennsylvania warrant to use a Cell Site Simulator to locate Mr. Richardson's phone, signed by Magistrate Judge Caroline Goldner Cinquanto.

These three warrants were supported by very similar applications.

Mr. Richardson moves to suppress these warrants on the grounds that the applications did not supply probable cause to track his device and the applications did not accurately describe the electronic tracking that was to take place under the warrants—particularly under the law recently articulated by the Supreme Court in *Chatrie v. United States*, 609 U.S. ___ (June 29, 2026).

Mr. Richardson also moves this Court to hold an evidentiary hearing on the government's actions and communications around these warrants.

Respectfully submitted,

Dated: August 31, 2026

By: *s/ Ian S. Birrell*

Ian S. Birrell, ID 396379
Andrew S. Birrell, ID 0133760
Attorneys for Defendant
Birrell Law Firm, PLLC
333 South 7th Street, Suite 2350
Minneapolis, MN 55402
(612) 238-1939
ian@birrell.law | andy@birrell.law