**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Court File No. 26-25 (LMP/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

[5] JEROME DEANGELO RICHARDSON,

Defendant.

**MOTION FOR LEAVE TO JOIN CO-DEFENDANTS' MOTIONS**

Defendant Jerome Deangelo Richardson respectfully moves for leave to join the following motions filed by his co-defendants:

- Georgia Fort's Motion to Dismiss for Failure to State an Offense (ECF No. 593);
- Georgia Fort's Motion to Dismiss for Vindictive Prosecution (ECF No. 594);
- Don Lemon's Motion to Dismiss for Vindictive Prosecution (ECF No. 611).

Mr. Richardson retained new counsel, who substituted for his prior counsel on September 3, 2026. *See* ECF No. 787. Based on a review of the case, counsel has concluded that the motions listed above apply equally to Mr. Richardson.

Like his co-defendants Don Lemon and Georgia Fort, Mr. Richardson was present at the relevant events as a journalist: he was a producer for Mr. Lemon's news coverage.

The indictment places him with Mr. Lemon on the way to the church, and with Mr. Lemon and Ms. Fort during the interview of the church's pastor. *See* ECF No. 144 ¶ 8 (Overt Acts 21, 22, 35). With this indictment, the government is attempting to criminalize Mr. Richardson's routine journalistic activity just as it seeks to do with regard to Mr. Lemon and Ms. Fort. As a result, several of Mr. Lemon's and Ms. Fort's First Amendment, vindictive-prosecution, and statutory arguments apply to Mr. Richardson with identical force. Mr. Richardson has already moved to join Mr. Lemon's motions to dismiss the indictment on First Amendment and statutory grounds (ECF Nos. 609-610) and Ms. Fort's motion to dismiss the indictment under the First Amendment (ECF No. 592). *See* ECF No. 651. Mr. Richardson now seeks leave to join three more filed by Mr. Lemon and Ms. Fort (ECF Nos. 593, 594, 611).

Because these motions are already pending and the government will respond to them regardless, Mr. Richardson's joinder requires no additional briefing and will cause no delay.

For these reasons, Mr. Richardson respectfully requests leave to join the motions listed above.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Mike Norton*
Mike Norton (MN #0403098)
GIBSON, DUNN & CRUTCHER LLP
1900 Lawrence Street, Suite 3000
Denver, CO 80202-2211
(303) 298-5736
mnorton@gibsondunn.com

Barry H. Berke (admitted pro hac vice)
Mylan L. Denerstein (admitted pro hac vice)
200 Park Avenue
New York, NY 10166
(212) 351-4000

Poonam G. Kumar (admitted pro hac vice)
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7554

Erin Choi (admitted pro hac vice)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201

Zakiyyah Salim-Williams (admitted pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, DC 20036

*Attorneys for Defendant Jerome Deangelo Richardson*